No. D–2401.  IN RE DISCIPLINE OF LAUDUMIEY.  Fernand Louis Laudumiey III, of New Orleans, La., is suspended from the practice of law in this Court, and a rule will issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.